## KAUFMAN v. ABRAMS.

(Supreme Court, Appellate Term.   December 7, 1904.)

1. SUFFICIENCY OF EVIDENCE—OPINIONS—FAILURE TO OBJECT TO QUALIFICA-
   TION OF WITNESS.
       Objection not having been made to the qualification of a witness who
   gave opinion evidence on value, the sufficiency of the evidence on the
   ground that he was not qualified may not be questioned.

Appeal from Municipal Court, Borough of Manhattan, Thir-
teenth District.

Action by Samuel Kaufman against Harris Abrams.  From a
judgment for defendant on his counterclaim, plaintiff appeals.
Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and GIL-
DERSLEEVE, JJ.

Grauer & Rathkopf, for appellant.
Max Schleimer, for respondent.

PER CURIAM.   Upon the evidence given for and against the
allowance of the items claimed by these parties as against each
other, the judgment for the defendant upon the counterclaim is
found to be supported in the amount allowed.   The dispute in-
volved a mere question of credibility of interested witnesses, and
the matter of values was based upon opinion evidence, which, while
it might have been made stronger had objection to the witness'
qualifications been taken, was sufficient in the absence of objection
at the trial.

Judgment affirmed, with costs.